IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY, KANSAS, DOCKET)

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                      No.   19-20048-DDC/JPO

ASENATH ROLAND,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### Count 1

1. At all times material to this Indictment:

    (a) Kansas Postal Workers Union, AFL-CIO, ("KPWU") was a labor organization engaged in an industry affecting commerce.

    (b) Asenath Roland was the president of KPWU.

2. From on or about May 22, 2017, through on or about June 30, 2017, in the District of Kansas and elsewhere, the defendant,

ASENATH ROLAND,

while serving as an officer of KPWU, embezzled, stole, and unlawfully and willfully abstracted and converted to her own use (and the use of another)

approximately $4,740.32 of the moneys, funds, securities, property, and other assets of KPWU.   This was done in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

Dated:   July 31, 2019                                                      s/   Foreperson
                                                                                              FOREPERSON

s/ Leon Patton, AUSA, 11782, for:
Stephen R. McAllister
United States Attorney
500 State Ave., Suite 360
Kansas City, KS 66101
Tel. 913-551-6730
Fax 913-551-6541
Stephen.McAllister@usdoj.gov
Kan. S. Ct. No. 15845

(It is requested that the trial of the above-captioned case be held in Kansas City, Kansas.)

## PENALTIES:

A term of imprisonment of not more than five years, a fine of not more than $250,000, a term of supervised release of not more than three years, and a special assessment of $100.00.